# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00148-CV

**Appellant, Sean Riley// Cross-Appellant, FlashParking, Inc.**

**v.**

**Appellee, FlashParking, Inc.// Cross-Appellee, Sean Riley**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-25-000525, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal and cross-appeal. We grant the motion and dismiss the appeal and cross-appeal. *See* Tex. R. App. P. 42.1(a). All pending motions are dismissed as moot.

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Joint Motion

Filed: May 2, 2025